725 A.2d 1117

IN THE MATTER OF JOSEPH P. BREIG,
AN ATTORNEY AT LAW.

March 24, 1999.

### ORDER

The Disciplinary Review Board on November 2, 1998, having filed with the Court its decision concluding that **JOSEPH P. BREIG** of **MILLVILLE,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.15(b) (failure to deliver funds promptly to a client) and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to complete a course on trust and business accounting for attorneys offered by the Institute for Continuing Legal Education;

And good cause appearing;

It is ORDERED that **JOSEPH P. BREIG** is hereby reprimanded; and it is further

ORDERED that within six months after the filed date of this Order respondent shall submit proof of his satisfactory completion of a course on trust and business accounting for attorneys offered by the Institute for Continuing Legal Education; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.